UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN R. FREITES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:23-CV-00989-JLH |
| PETRÓLEOS DE VENEZUELA, S.A., et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND
TO THE PROPOSED SECOND AMENDED COMPLAINT**

WHEREAS, Defendants PDV Holding, Inc., CITGO Holding, Inc. (f/k/a PDV America, Inc.), and CITGO Petroleum Corporation (together, the "CITGO Defendants") have filed their Motion for an extension of time to answer or otherwise respond to Plaintiffs' Proposed Second Amended Complaint;

IT IS HEREBY ORDERED this 17th day of April, 2024 that the CITGO Defendants' Motion is GRANTED. The deadline for the CITGO Defendants to respond to Plaintiffs' Proposed Second Amended Complaint is extended until 60 days after Petróleos de Venezuela, S.A. has been served under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602, *et. seq.*, and any sovereign-immunity-based objections have been resolved.

Dated: April 17, 2024, 2024

_____
The Honorable Jennifer L. Hall
United States District Judge